**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KEVIN JOSUE CLAROS,                          )
                                             )
                                             )          3:26-CV-01077-MJH
            Petitioner,                      )
                                             )
      vs.                                    )
                                             )
JOHN RISE, FIELD OFFICE DIRECTOR             )
OF ENFORCEMENT AND REMOVAL                   )
OPERATIONS, PHILADELPHIA FIELD               )
OFFICE, IMMIGRATION AND CUSTOMS
ENFORCEMENT; DAVID J.
VENTURELLA, ACTING DIRECTOR OF
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; MARKWAYNE
MULLIN, SECRETARY, U.S.
DEPARTMENT OF HOMELAND
SECURITY; TODD BLANCHE, ACTING
U.S. ATTORNEY GENERAL; AND
LEONARD ODDO, FACILITY
ADMINISTRATOR OF MOSHANNON
VALLEY ICE PROCESSING CENTER;

            Respondents,

**CASE MANAGEMENT ORDER**

The Court orders as follows:

1.      **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at:  usapaw.civ.imm.2241.moshannon@usdoj.gov.

2.      The subject line of the email shall contain the case caption and case number of this case.  If the Petition contains voluminous exhibits, they need not be emailed.[1]  The email service shall be deemed sufficient to accomplish formal service of the Petition.  No other documents, pleadings, or motions may be emailed to this email address.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.

- 2 -

3.    **Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of services

4.    **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

5.    **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **7 days** of the date of service.  Responses are limited to **25 pages**, double-spaced.

6.    **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The Reply is limited to **5 pages**, double-spaced.


DATED this 10th day of June 2026.

BY THE COURT:


/s/ Marilyn J. Horan
United States District Judge